IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                              Case No. 5:10-CR-50127

SHERRY MAE SEALS                                            DEFENDANT/PETITIONER

## ORDER

Currently before the Court is a Report and Recommendation (Doc. 47) submitted by the Honorable Erin E. Setser, United States Magistrate Judge for the Western District of Arkansas, regarding Petitioner's Motion for Early Termination of Supervised Release (Doc. 43). The Government submitted a Response (Doc. 46) in opposition to the Motion, which the Magistrate considered. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. The Motion for Early Termination of Supervised Release (Doc. 43) is **DENIED**.

IT IS SO ORDERED this 2nd day of October, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE